IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLD WIDE TRAVEL INCORPORATED., DBA WORLDWIDE TRAVEL INC., USHA CHAND AND LAXMI CHAND<br><br>    Plaintiffs<br><br>v.<br><br>TRAVELMATE US, INC., ET AL, RITU SINGLA, TANYA DOE AND JOHN DOE<br><br>    Defendants. | CASE NO.<br><br>JUDGE: |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:    James M. Towarnicky, Esquire
         James M. Towarnicky, PLLC
         3977 Chain Bridge Road, Suite 1
         Fairfax, VA  22030
         Facsimile (703) 352-1516
         *Counsel for Plaintiffs*

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, the Defendants Travelmate US, Inc. and Ritu Singla (collectively "Defendants"), you are hereby notified that a Notice of Removal was filed this date in the United Stated States District Court for the District of Columbia, in Washington, DC.  A copy of the Notice of Removal is attached hereto for your information. Defendants have also filed a copy of the Notice of Removal with the Clerk of the Court for the Superior Court for the District of Columbia, this 4th Day of September 2013.

Dated September 4, 2013                Respectfully Submitted,

                              /s/ *Juli Z. Haller*
Julia Z. Haller (#466921)
James C. Bailey (#462391)
BAILEY & EHRENBERG PLLC
1015 18th Street, N.W.
Suite 204
Washington, D.C. 20036
Tel: 202-331-1331
Fax: 202-318-7071
jzh@becounsel.com
jcb@becounsel.com
*Attorneys for Defendants, Travelmate US, Inc., doing business as TMI and Ritu Singla*

### *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on the 4th day of September, 2013, a copy of the foregoing Notice of Removal was mailed first-class mail, postage prepaid to:

> James M. Towarnicky, Esquire
> James M. Towarnicky, PLLC
> 3977 Chain Bridge Road, Suite 1
> Fairfax, VA  22030
> Facsimile (703) 352-1516
> *Counsel for Plaintiffs*

                              /s/ *Juli Z. Haller*
Julia Z. Haller